## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FAITH AMEST** | * | **CIVIL ACTION** |
| | * | |
| VS. | * | NO.:  3:20-cv-723-SDD-EWD |
| | * | |
| **ACE AMERICAN INSURANCE** | * | |
| **COMPANY, NEW PRIME, INC.,** | * | |
| **AND CHARLES CARPENTER** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff, FAITH AMEST, and Defendants, CHARLES CARPENTER, NEW PRIME, INC., and ACE AMERICAN INSURANCE COMPANY who hereby notify the Court, in accordance with the Federal Rules of Civil Procedure and the local rules of this Court, that all claims asserted by Plaintiffs and against Defendants have been compromised and settled, and that the parties will be entering a Stipulation of Dismissal as to all named defendants.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| /s/ Richard F. Zimmerman, III | /s/ Matthew W. Bailey |
| Richard F. Zimmerman, III (#31374) | Matthew W. Bailey (#21459) |
| Gordon McKernan Injury Attorneys | Hillary A. Brouillette (#38143) |
| 5656 Hilton Avenue | Irwin Fritchie Urquhart & Moore, LLC |
| Baton Rouge, LA 70808 | 450 Laurel Street, Suite 1150 |
| Telephone: (225) 388-3115 | Baton Rouge, LA 70801 |
| Facsimile: (225) 490-4519 | Telephone: (225) 615-7150 |
| richard@getgordon.com | Facsimile: (225) 615-7179 |
| *Counsel for Plaintiff, Faith Amest* | mbailey@irwinllc.com |
| | hbrouillette@irwinllc.com |
| | *Counsel for Defendants, Charles Carpenter, New Prime, Inc. and Ace American Insurance Company* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17th, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                              */s/ Matthew W. Bailey*
                                              Matthew W. Bailey