**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

FAITH AMEST

VERSUS

ACE AMERICAN INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 20-723-SDD-EWD

## ORDER

**CONSIDERING** the *Joint Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants is hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on <u>August 19, 2022</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---
[1] Rec. Doc. 16.

JURY